No. 73–285. NOREIKIS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Upon representation of the Solicitor General as set forth in his memorandum for the United

States filed January 30, 1974, certiorari as to petitioner George Hibma granted, judgment vacated, and case remanded to the United States District Court for the Northern District of Illinois for reconsideration in light of position presently asserted by the Government. Certiorari denied as to Robert A. Noreikis and Robert Rothrock.